■ TEENA BAXTER, Respondent, v FRED L. SANFILLIPO, D.C., Appellant. [816 NYS2d 921]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered November 18, 2005. The order denied defendant's motion for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 7, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Pigott, Jr., P.J., Kehoe, Gorski, Green and Pine, JJ.